UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )
                                          )
                         Plaintiff,       )   Case No. CR06-199-RSM
                                          )
            v.                            )   **PROPOSED FINDINGS OF FACT**
                                          )   **AND DETERMINATION AS TO**
HARCHAND SINGH,                           )   **ALLEGED VIOLATIONS OF**
                                          )   **SUPERVISED RELEASE**
                         Defendant.       )
                                          )

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 26, 2010.  The defendant appeared pursuant to a warrant issued in this case.  The United States was represented by Lisca Borichewski, and defendant was represented by Keith Hall.  Also present was U.S. Probation Officer Jeffrey Robson.  The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on February 2, 2007 by the Honorable Ricardo S. Martinez for Conspiracy to Smuggle and Transport Aliens and Bringing an Illegal Alien into the United States for Financial Gain.  He received 15 months of detention and 3 years of supervised release.

On February 26, 2010, Mr. Singh's supervision was revoked after he admitted a single violation of Reckless Driving and Reckless Endangerment related to alcohol.  He was sentenced

to 1 day of detention and 2 years of supervised release.  In addition to the standard conditions of supervision, the following special conditions were also ordered; search, abstain from alcohol and enter into alcohol treatment as directed, financial disclosure, no new credit, no self employment or employment by friends, relatives or associates, and 180 days home confinement with electronic monitoring and sobrietor.

PRESENTLY ALLEGED VIOLATIONS

In a petition dated June 30, 2010, Senior U.S. Probation Officer Michael S. Larsen alleged that defendant violated the following conditions of supervised release:

1.     Failing to comply with the Location Monitoring Program since March 31, 2010 in violation of the special condition requiring him to participate in the location monitoring program with electronic monitoring for a period of 180 days, with sobrietor, as directed by the probation officer.

FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing September 3, 2010 at 9:30 a.m. before District Judge Ricardo S. Martinez.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 26th day of July, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2